No. 35. J. A. MILLER, TRUSTEE, ETC., APPELLANT, *v.* THE FIRST NATIONAL BANK OF ALBUQUERQUE. Appeal from the Supreme Court of the Territory of New Mexico. Submitted October 27, 1914. Decided November 2, 1914. *Per Curiam.* Decree affirmed with costs, upon the authority of *Thompson* v. *Fairbanks*, 196 U. S. 516; *Humphrey* v. *Tatman*, 198 U. S. 91; *Bryant* v. *Swofford Bros.*, 214 U. S. 279, 290–291, and cause remanded to the Supreme Court of the State of New Mexico. *Mr. O. N. Marron* and *Mr. Francis E. Wood* for the appellant. *Mr. A. B. McMillan* for the appellee.

---

No. 13. MOUND CITY COMPANY, APPELLANT, *v.* ROBERT H. CASTLEMAN ET AL. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Argued for the appellant October 23 and 26, 1914. Decided November 9, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Bagley* v. *General Fire Extinguisher Co.*, 212 U. S. 477; *Weir* v. *Rountree*, 216 U. S. 607; *Shulthis* v. *McDougal*, 225 U. S. 561, 569. *Mr. Ben T. Castleman* and *Mr. Chester H. Krum* for the appellant. No brief filed for the appellees.